IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HELLER'S GAS, INC. | : | 4:15-CV-01350 |
| Plaintiff, | : | (Judge Brann) |
| V. | : | |
| INTERNATIONAL INSURANCE COMPANY OF HANNOVER LTD, and INTERNATIONAL INSURANCE COMPANY OF HANNOVER SE | : | |
| Defendants. | : | |

**ORDER**
June 1, 2016

AND NOW, in accordance with the Memorandum of this same date, IT IS HEREBY ORDERED THAT:

1. The Motion to Compel Discovery filed by Defendants International Insurance Company of Hannover LTD and International Insurance Company of Hannover SE (ECF No. 22) is GRANTED;

2. Plaintiff Heller's Gas, Inc.'s request for the redacted discovery is DENIED and Plaintiff's request for a more detailed Privilege Log is DENIED as moot.

BY THE COURT:

/s Matthew W. Brann
Matthew W. Brann
United States District Judge

1