# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HELLER'S GAS, INC., | : | No. 4:15-CV-01350 |
| Plaintiff, | : | (Judge Brann) |
| v. | : | |
| INTERNATIONAL INSURANCE COMPANY OF HANNOVER LTD, and INTERNATIONAL INSURANCE COMPANY OF HANNOVER SE | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 18th day of September 2017, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' Motion for Summary Judgment, ECF No. 28, is **GRANTED**.

2. The Clerk of Court is directed to enter final judgment in favor of the Defendants and close this case.

BY THE COURT

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge