AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | |
|---|---|
| HELLER'S GAS, INC., <br> *Plaintiff* <br> v. <br> INTERNATIONAL INSURANCE COMPANY OF HANNOVER, LTD., <br> *Defendant*  et al, | Civil Action No. 4:15-CV-01350 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:  Final Judgment is entered in favor of Defendants and against Plaintiff in accordance with this Court's Memorandum and Order dated September 18 2017, ECF No. 55 and 56.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Matthew W. Brann  on a motion for summary judgment [ECF No. 28]

Date: September 18, 2017

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*